SAUNDERS, Appellant, vs. JOHNSON, City Clerk, Respondent.

*April 12—May 18, 1943.*

The cause was submitted for the appellant on the brief of *John Garvin* of Ashland, and for the respondent on the brief of *W. H. Cate,* city attorney.

FAIRCHILD, J.   No authority has been cited and we are unable to discover any allowing the city clerk to withhold the pension money on his own initiative, even though he is thus

attempting to pay a debt of the pensioner. Until he is presented with a judgment constituting a valid claim under sec. 304.21, Stats., he has no alternative but to pay the money due to the appellant. It was, therefore, error to quash the alternative writ of *mandamus*.

*By the Court.*—Judgment reversed.